UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:03-cr-268-T-23TBM

GINA DAVIDSON
_____/

## ORDER

On August 31, 2006, the United States Probation Office filed an August 29, 2006, petition for revocation of the defendant's probation (Doc. 22).* At the hearing on September 14, 2006, Assistant Federal Public Defender Laurel F. Moore represented the defendant and Assistant United States Attorney Anthony E. Porcelli represented the United States.

The defendant admits committing the Grade C violations described in numbered paragraphs one through nine of the petition. Accordingly, the court adjudges the defendant guilty of violating the terms of her probation, and the defendant's term of probation is **REVOKED**. In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant is sentenced to **nine (9) months** of imprisonment and **thirty-six (36) months** of supervised release with the following special conditions:

---

* The defendant having pled guilty to count one of an information, the court imposed on December 17, 2003, a thirty-six (36) month term of probation.

The defendant shall participate in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency and follow the probation officer's instructions regarding the implementation of this court directive. This program may include testing for the detection of substance use or abuse not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. Upon completion of a drug or alcohol dependency treatment program, the defendant is directed to submit to testing for the detection of substance use or abuse not to exceed 104 times per year.

The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself/herself for any major purchases without approval of the probation officer.

The defendant shall provide the probation officer access to any requested financial information.

The defendant is remanded to the custody of the United States Marshal to await designation and incarceration by the Bureau of Prisons.

The court recommends confinement at FCI Coleman, Florida.

ORDERED in Tampa, Florida, on _September 14th_, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: United States Marshal
 United States Probation
 Counsel of Record