UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 8:03-cr-268-T-23TBM

GINA DAVIDSON
_____/

**ORDER**

The United States Probation Office submitted a January 19, 2010, petition for revocation of the defendant's supervised release (Doc. 44). At the hearing on April 8, 2010, Assistant Federal Public Defender Maria Guzman represented the defendant and Assistant United States Attorney Donald Hansen represented the United States.

The defendant admits committing the two violations described in the petition, and is ADJUDICATED GUILTY of those offenses. The defendant has violated the terms of her supervised release and supervision is REVOKED. However, the Court also finds that continued supervision of Ms. Davidson is futile and a misallocation of public resources.

Accordingly, the defendant's term of supervision is **TERMINATED**.

ORDERED in Tampa, Florida, on April 8, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE